[Nos. 14551–7–I; 14552–5–I. Division One. December 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MIKE BARTON BAKER, *Appellant.*

Appeals from a judgment of the Superior Court for King

County, No. 83-1-03286-1, Charles V. Johnson, J., entered March 21, 1984. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Williams and Webster, JJ.